# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2010

141354

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                            SC: 141354
                            COA: 295472
                            Wayne CC: 03-010325-FH

THOMAS J. WRIGHT,
      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the June 3, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2010

_____
Clerk

s1213